FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Sep 11 2026

KEVIN P. WEIMER , Clerk

By: Christina Klimenko
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Pauline Fernella Lewis

**CRIMINAL COMPLAINT**

Case Number: 2:26-MJ-027-MWH

I, the undersigned complainant depose and say under penalty of perjury that the following is true and correct to the best of my knowledge and belief. On or about October 23, 2024 in Dawson County, in the Northern District of Georgia, and elsewhere, the defendant, an alien, knowing she was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of the President, Vice President, Presidential elector, Member of the Senate, or Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

I further state that I am a Special Agent with DSS that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof. Yes

Frank A. Mabry

Signature of Complainant
Frank Mabry. Special Agent DSS

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

September 11, 2026 at 3:20 p.m. at Gainesville, Georgia
Date City and State

ANNA W. HOWARD
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

AUSA Brian Pearce / 404-581-6000 /
Dwayne.brownA@usdoj.gov

# AFFIDAVIT

I, Frank A. Mabry, Special Agent with Diplomatic Security Service, depose and say under penalty of perjury:

## INTRODUCTION

1. I submit this Affidavit in support of an application for a Criminal Complaint against the following defendant: Pauline Fernella LEWIS.

2. Based on the following facts, I submit that there is probable cause to believe that on November 5, 2024 in Barrow County, in the Northern District of Georgia, Pauline Fernella LEWIS did knowingly vote as an alien in a federal, state, or location election, in violation of 18 United States Code, Section 611.

3. The facts set forth in this affidavit are known to me as a result of my personal participation in this investigation and information supplied to me by other law enforcement officers. In this affidavit, I have set forth only the facts I believe necessary to establish probable cause for the Criminal Complaint. This affidavit does not contain every material fact I have learned during the course of this investigation.

## AFFIANT BACKGROUND

4. I am a Special Agent with the United States Department of State (DOS), Diplomatic Security Service (DSS),) serving in the Atlanta Resident Office (ARO) in Atlanta, Georgia. I am an "investigative or law enforcement officer of the United States" within the meaning of 22 U.S.C. § 2709. I have been a U.S. federal law enforcement officer since 2017 when I began my career as a Special Agent with DSS. I started with DSS in Houston, Texas, and have been a Special Agent for 9 years.

Furthermore, as a Special Agent with DSS, I am responsible for conducting criminal investigations of offenses under Titles 8, 18, and 22 of the United States Code. I have experience in both assisting and being the lead investigator in numerous federal investigations, including the investigation of human smuggling, human trafficking, identity theft, passport fraud, and visa fraud. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the DSS Basic Special Agent Course.

**PROBABLE CAUSE**

5. On January 19, 2018, an individual identifying herself as Pauline Fernella LEWIS (SUBJECT or LEWIS) applied for a U.S. passport by submitting a DS-11 application in person at the Newburg Post Office in Cleveland, Ohio. Under oath, LEWIS claimed on the application to be a U.S. citizen by virtue of birth in the U.S. Virgin Islands (USVI) on January 20, 1961.

6. As evidence of identity and U.S. citizenship, LEWIS provided an Ohio driver's license (RH005545) issued on 1/9/2015 and a purported USVI birth certificate listing a filing date of 1/22/1961 and issuance date of 7/28/2006. The birth certificate stated that LEWIS was born on St. John to Edrick John Lewis and Eileen Roslyn Adams (maiden name).

7. On January 23, 2018, LEWIS's passport application was received at the National Passport Center. Passport screeners found indicators of fraud in the birth certificate, such as an unfamiliar format, line gaps where biodata was entered, and no seal on the

document. As a result, an investigation was opened by DSS and assigned to the Detroit Resident Office (DSS-Detroit).

8. On February 5, 2018, the USVI Office of the Lieutenant Governor informed DSS that no record exists of LEWIS or any other person corresponding with the claimed date and place in the birth certificate. Soon thereafter, the Registrar of the High Court of the Government of Antigua and Barbuda verified a registered birth in LEWIS's name, indicating that LEWIS is a citizen of that Caribbean country.

9. The Antigua birth certificate listed LEWIS's mother as "Eileen Adams" and stated "N/A" in the block for "Father". This mother's name matches the name listed in LEWIS's U.S. passport application.

10. From the foregoing information, DSS determined that LEWIS is not a U.S. citizen and made false statements in her January 2018 application for a U.S. passport in violation of 18 U.S.C. §1542 and 18 USC § 1001. Venue over the offense was in the Northern District of Ohio (NDOH). In 2018, the case was accepted by the U.S. Attorney's Office in NDOH. Later that year, it was determined that SUBJECT had no criminal convictions and had moved out of Ohio. NDOH then declined prosecution.

11. In April 2025, DSS reviewed closed passport fraud cases to determine if any should be referred to ICE/ERO for removal. In reviewing LEWIS's file and circumstances, DSS discovered that she had registered to vote and voted in the Northern District of Georgia. DSS received a copy of LEWIS's Individual Voter Report from the Georgia Secretary of State's Office, Voter Registration No. 11752563.

12. Lewis's Georgia voting records showed that she voted in Gwinnett County by absentee mail ballot on the following dates: October 19, 2020 (part of the November 3,

2020 General/Special Election) and December 23, 2020 (part of the January 5, 2021 Federal Runoff Election).

13. LEWIS's Georgia voting records further showed that she voted in Dawson County by absentee mail ballot on November 5, 2024, as part of the Federal Runoff Election and General Election. LEWIS's case was referred to the DSS Atlanta Resident Office (DSS-Atlanta).

14. I confirmed via Internet searches on the Georgia Secretary of State's Election Results page and other open-source searches that the elections referenced in ¶13 contained at least one race for federal office.

15. Additionally, I conducted record checks through DHS immigration databases and reviewed immigration documents in LEWIS's Alien Registration File (A240 977 652). This review confirmed that LEWIS is a citizen of Antigua Barbuda and not a U.S. Citizen.

16. Specifically, LEWIS's A-file indicated as follows: she first entered the U.S. on October 1,1979 at the age of 18 on an F1 visa (*Visa for full-time academic studies or language training program*). These searches yielded no evidence that LEWIS obtained a visa to enter the United States or entered the United States prior to this date, much less that she "permanently resided in the United States prior to attaining the age of 16." 18 U.S.C. § 611(c)(1).

17. On January 8, 2020, LEWIS submitted an application to replace her I-94 Arrival/Departure card, a form issued by U.S. Customs and Border Protection to track the movement of non-immigrant visitors into and out of the United States. LEWIS filed this application several months before Georgia election records show that LEWIS began

voting in Georgia, first in Gwinnett County in October 2020 and as recently as October 2024 in Dawson County. The renewal application makes improbable that LEWIS "reasonably believed at the time of voting … that she was a citizen of the United States."18 U.S.C. § 611(c)(3). First, U.S. citizens do not need and are not issued I-94 cards. Secondly, LEWIS's renewal application states that she is a citizen of Antigua and Barbuda. My DHS database queries indicate that LEWIS has never applied to become a U.S. Citizen.

18. I also queried the State Department's Consular Consolidated Database (CCD) for LEWIS's daughter Lillian DAVIS (DAVIS). In February 2018, DAVIS listed LEWIS as her mother on the daughter's DS-11 Application for U.S. Passport (DS-11). DAVIS's passport application states that LEWIS is from Antigua. As proof of U.S. citizenship, DAVIS provided an Ohio birth certificate which also identified LEWIS as her mother and LEWIS's country of birth as Antigua.

19. Using information from LEWIS's passport application, the fraudulent USVI birth certificate and the genuine one from Antigua, I queried the stated names of LEWIS's parents in both governmental and commercial databases. I found no results which indicated that LEWIS's parents are U.S. citizens or have resided in the United States at any point. Your Affiant therefore believes it is improbable that "each natural parent of the alien…is or was a citizen (whether by birth or naturalization)" of the United States at any time. 18 U.S.C. § 611(c)(1).

20. Certain jurisdictions in California, Maryland and Vermont allow non-citizens to vote in local elections. The Constitutions of 17 States explicitly prohibit local jurisdictions from allowing non-citizen voting. Georgia is among the plurality of States

whose Constitutions do not contain this prohibition, but in which no local jurisdiction allows non-citizen voting. https://ballotpedia.org/Laws_permitting_noncitizens_to_vote_in_the_United_States.

21. As part of the investigation, your Affiant obtained from an official in the Georgia Secretary of State's Office a copy of the absentee ballot authorized for voters in Dawson County in the 11/5/24 election. See Exhibit A. A review of the 2-page ballot shows that page 1 contains three columns, the first for federal and the others for state and county elections. Page 2 covers more county and state offices and issues. The ballot evidences that voting on state/local issues and candidates is not "conducted independently of voting for a candidate for such offices" and that the ballot was not designed to foreclose the "opportunity to vote for a candidate for any one or more such Federal offices" within the meaning 18 U.S.C. § 611(a)(3).

**CONCLUSION**

21. Based on the information contained in this affidavit, I believe there is probable cause to believe that on November 5, 2024, LEWIS did knowingly vote as an alien in a federal, state, or location election, in violation of 18 United States Code, Section 611(a).

**END OF AFFIDAVIT**

# CONSOLIDATED SAMPLE BALLOT

## General/Special Election – November 5, 2024

**Dawson County, Georgia**
**All Precincts**

**Voter Registration Deadline:** **October 7,** 2024 (new and changes)

**Absentee Ballot Request Deadline:** **October 25,** 2024

**Advance Voting:** **October 15 – November 1,** 2024 ~ Mon - Fri 8am to 5pm
Sat – **October 19th & 26th,** 2024 - 9am to 5pm
*All Advance Voting is at Elections office @ 96 Academy Ave*
* (No voting Monday, October 14th due to Holiday)

**Day of Election:** All Polls will be open Election Day from 7:00 am – 7:00 pm

1.) **WEST & Central** precincts – at **Board of Elections office**, 96 Academy Avenue
2.) **EAST & South** precincts - at **Rock Creek Park**, 145 Martin Road (Hwy 9 South)

If in question about your voting location, visit "My Voter Page" @ www.mvp.sos.ga.gov
or call the Elections & Registration office at 706-344-3640

**For President of the United States**
(Vote for One)

**Donald J. Trump** - **President**
**JD Vance** - **Vice President**
Republican

**Kamala D. Harris** - **President**
**Tim Walz** - **Vice President**
Democrat

**Chase Oliver** - **President**
**Mike ter Maat** - **Vice President**
Libertarian

**Jill Stein** - **President**
**Rudolph Ware** - **Vice President**
Green

**Claudia De la Cruz** - **President**
**Karina Garcia** - **Vice President**
Independent

**Cornel West** - **President**
**Melina Abdullah** - **Vice President**
Independent

**Write-in**

**For United States House of Representatives - District 7**
(Vote for One)

**Rich McCormick**
(Incumbent) Republican

**Bob Christian**
Democrat

**Write-in**

**For State Senate District 51**
(Vote for One)

**Steve Gooch**
(Incumbent) Republican

**Write-in**

**For State House of Representatives - District 7**
(Vote for One)

**Johnny Chastain**
(Incumbent) Republican

* 01-WEST VOTERS WILL SEE - HD7

**Write-in**

**For State House of Representatives - District 9**
(Vote for One)

**William S. Wade**
(Incumbent) Republican

* ALL OTHER VOTERS WILL SEE - HD9

**Write-in**

**For Judge of Probate Court**
(Vote for One)

**Jennifer Burt**
(Incumbent) Republican

**Write-in**

**For Clerk of Superior Court**
(Vote for One)

**Justin Power**
(Incumbent) Republican

**Write-in**

**For Sheriff**
(Vote for One)

**Jeff Johnson**
(Incumbent) Republican

**Write-in**

**For Tax Commissioner**
(Vote for One)

**Nicole Stewart**
(Incumbent) Republican

**Write-in**

**For Surveyor**
(Vote for One)

**Donald Rex Jones**
(Incumbent) Republican

**Write-in**

**For Coroner**
(Vote for One)

**Ted J. Bearden**
(Incumbent) Independent

**Write-in**

**For Chief Magistrate Judge**
(Vote for One)

**Alex G. Myers**
(Incumbent) Republican

**Write-in**

**FRONT PAGE**

***Note:**
**With 2024 redistricting, West precinct now has split House Districts.**
***01-West Precinct**
**West - 001 voters see HD7**
**West - 002/003 voters see HD9**

# CONSOLIDATED SAMPLE BALLOT

**For County Commission Chair**
(Vote for One)

**Billy J. Thurmond**
(Incumbent) Republican

**Mya Thomae**
Democrat

**Write-in**

**For County Commission District 2**
(Vote for One)

**Chris Gaines**
(Incumbent) Republican

**Write-in**

**For County Commission District 4**
(Vote for One)

**Chad Turkett**
Republican

**Write-in**

**For County Board of Education District 1**
(Vote for One)

**Doris N. Cook**
(Incumbent) Republican

**Write-in**

**For County Board of Education District 2**
(Vote for One)

**Elaine Walls Wilson**
(Incumbent) Republican

**Write-in**

**For County Board of Education District 4**
(Vote for One)

**Barry Slaton**
(Incumbent) Republican

**Write-in**

## Proposed Constitutional Amendments

**- 1 -**

**Provides for a general law state-wide homestead exemption that may differentiate among political subdivisions.**

House Resolution No. 1022
Ga. L. 2024, p. 1191

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to provide by general law for a state-wide homestead exemption that serves to limit increases in the assessed value of homesteads, but which any county, consolidated government, municipality, or local school system may opt out of upon the completion of certain procedures?"

Yes

No

**- 2 -**

**Provides for a state-wide Georgia Tax Court.**

House Resolution No. 598
Ga. L. 2024, p. 1189

"Shall the Constitution of Georgia be amended so as to provide for the Georgia Tax Court to be vested with the judicial power of the state and to have venue, judges, and jurisdiction concurrent with superior courts?"

Yes

No

## Statewide Referendum Question

**- A -**

**Raises amount of tangible personal property tax exemption from $7,500.00 to $20,000.00.**

House Bill No. 808
Act No. 581, Ga. L. 2024, p. 696

"Do you approve the Act that increases an exemption from property tax for all tangible personal property from $7,500.00 to $20,000.00?"

Yes

No

## Special Election

**Homestead Exemption From Ad Valorem Taxes for County Purposes**
(Vote for One)

"Shall the Act be approved which provides a homestead exemption from Dawson County ad valorem taxes for county purposes beginning in 2025, for residents of Dawson County who have owned one or more homesteads in Dawson County for at least 30 years up to the amount of $200,000.00 of the assessed value of that homestead, provided that the homestead includes less than 12 acres and the exemptions shall sunset on December 31, 2044?"

**Yes**

**No**

**Homestead Exemption From Ad Valorem Taxes for Educational Purposes**
(Vote for One)

"Shall the Act be approved which provides for senior citizens between 65 and 74 years of age a homestead exemption from Dawson County school district ad valorem taxes for educational purposes up to the amount of $200,000.00 of the assessed value of that homestead, provides for senior citizens age 75 years and over a homestead exemption from Dawson County school district ad valorem taxes for educational purposes up to the amount of $300,000.00 of the assessed value of that homestead, and provides, beginning in 2026, for residents of the Dawson County school district who have owned one or more homesteads in Dawson County for at least 30 years a homestead exemption on that person's homestead from all Dawson County school district ad valorem taxes for educational purposes up to the amount of $200,000.00 of the assessed value of that homestead, provided that they have had a homestead in the county for at least five years, the homestead includes less than 12 acres, and the exemptions shall sunset on December 31, 2044?"

Yes

No

BACK PAGE

EXHIBIT A