IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>PAULINE LEWIS | Criminal Information<br>No. 2:26-cr-58 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
**18 U.S.C. § 611**
**(Alien Voting in Federal Election)**

On or about October 23, 2024, in the Northern District of Georgia, the defendant, PAULINE LEWIS, knowing she was an alien, knowingly voted in a federal election by absentee ballot, in violation of Title 18, United States Code, Section 611.

THEODORE S. HERTZBERG
*United States Attorney*

BRIAN M. PEARCE
*Assistant United States Attorney*
Georgia Bar No. 568768

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181